

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

         AUG - 6 2024

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED |
| Plaintiff, | CRIMINAL INDICMENT |
| vs. | Case No.: 2:24-cr-0172-RFB-MDC |
| JEREMIAH HASAN JACKSON, | |
| and | **VIOLATIONS:** |
| DARRIA GRAY, | Counts One through Eight: |
| Defendants. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) – False Statement During Purchase of a Firearm |
| | Count Nine: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License (Aiding and Abetting) |
| | Count Ten: 18 U.S.C. § 933(a)(1) – Trafficking in Firearms (Aiding and Abetting) |

**THE GRAND JURY CHARGES THAT:**

1

## COUNTS ONE THROUGH EIGHT
*False Statement During Purchase of a Firearm*

On or about the dates below, in the State and Federal District of Nevada,

**JEREMIAH HASAN JACKSON,**

defendant herein, in connection with, as described below, the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code (the "Dealers"), knowingly made and caused to be made a false and fictitious written statement to each of the Dealers, which statements were intended and likely to deceive each of the Dealers as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that JEREMIAH HASAN JACKSON did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JEREMIAH HASAN JACKSON represented that he was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was buying them for another person.

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| ONE | 03/17/2020 | Fallout Firearms | 1. Jimenez Arms J.A., .380, serial no. 445458 |
| TWO | 09/04/2020 | Bargain Pawn, Inc. | 1. CZ (Ceska Zbrojovka) P-1C, .9, serial no. D187078 |
| THREE | 11/29/2021 | Bargain Pawn, Inc. | 1. Taurus, G2C, serial no. ACK415956<br>2. Canik55, TP-9SA, serial no. 20AP02622 |

| | | | |
|---|---|---|---|
| FOUR | 12/11/2021 | New Frontier Armory | 1. Glock GMBH 19, .9, serial no. BCCH963 |
| FIVE | 02/17/2022 | New Frontier Armory | 1. Glock GMBH 41 Gen 4, .45, serial no. X$B400 |
| SIX | 2/12/2023 | New Frontier Armory | 1. Francolin Intl. Arms CO. Citadel Pat, .12, serial no. 21-1566 |
| SEVEN | 2/24/2023 | Bargain Pawn, Inc. | 1. Romarm/Cugir Mini Draco, 762, serial no. 22PMD-36604 |
| EIGHT | 1/24/2024 | Bargain Pawn, Inc. | 1. Glock GMBH Gen 4, serial no. BMHT774<br>2. Glock GMBH 17 Gen 5, serial no. BMWP175<br>3. Glock GMBH 17 Gen 5, serial no. BXPA808 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINE
*Engaging in the Business of Dealing Firearms Without a License*

Beginning from a time unknown but no earlier than March 17, 2020, and continuing up to and including on or about April 15, 2024, in the State and Federal District of Nevada,

**JEREMIAH HASAN JACKSON and
DARRIA GRAY,**

defendant herein, aiding and abetting one another, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, and aided and

3

abetted the same, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 932(a), and 924(a)(1)(D).

<b><u>COUNT TEN</u></b><br><i>Trafficking in Firearms</i>

Beginning from a time unknown but no earlier than March 17, 2020, and continuing up to and including on or about April 15, 2024, in the State and Federal District of Nevada,

<b>JEREMIAH HASAN JACKSON and<br>DARRIA GRAY,</b>

defendants herein, knowingly shipped, transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipients would constitute a felony, all in violation of Title 18, United States Code 933(a)(1).

**DATED:** this 6th day of August, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

LAUREN M. IBANEZ
Assistant United States Attorney

4